# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Diane W. Tomcyzk<br>                      Debtor<br><br>Toyota Lease Trust<br>                      Movant<br>      vs.<br><br>Diane W. Tomcyzk<br>                      Debtor<br><br>William C. Miller Esq.<br>                      Trustee | CHAPTER 13<br><br><br><br><br>NO. 17-14967 ELF |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of Toyota Lease Trust, which was filed with the Court on or about August 8, 2017 entered under Document No. 10.

                                                  Respectfully submitted,

                                                  **/s/Rebecca A. Solarz, Esquire**
                                                  Rebecca A. Solarz, Esquire
                                                  rsolarz@kmllawgroup.com
                                                  KML Law Group, P.C.
                                                  BNY Mellon Independence Center
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA  19106
                                                  215-627-1322

December 11, 2017