IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DIANE W. TOMCZYK | : | |
| Debtor | : | BANKRUPTCY NO. 17-14967 elf |

## CERTIFICATION OF NO OBJECTION

The undersigned, as attorney for Debtor, hereby certifies that No Answer and/or Objection, or other responsive pleading or request for a hearing has been filed by any party on or before the last filing date of February 5, 2018 regarding the Application for Compensation of Debtor's Counsel.

  February 6, 2018                                                    /s/Jeffrey C. McCullough
Date                                                             Jeffrey C. McCullough, Esquire
                                                                      Attorney for Debtor
                                                                      16 N. Franklin St., Suite 300
                                                                      Doylestown, PA  18901
                                                                      215-348-8133
                                                                      215-348-0428 - Fax