IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DIANE W. TOMCZYK | : | |
| Debtor | : | BANKRUPTCY NO. 17-14967 elf |

### ORDER ALLOWING COMPENSATION TO DEBTOR'S COUNSEL

AND NOW, this 9th day of February, 2018, upon consideration of the Application for Compensation and Reimbursement of Expenses, it is hereby

**ORDERED** that said application is **GRANTED**, and it is

FURTHER **ORDERED** that Jeffrey C. McCullough, Esquire is hereby **ALLOWED** $4097.50 as compensation for professional services rendered as counsel to Debtor in connection with performance of his representation which sum of $2,000.00 has already been paid as a pre-petition retainer.

The balance of the fee of $2097.50 is to be paid to the extent provided for by the terms of the Debtor's Confirmed Chapter 13 Plan.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**