United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-14967-elf
Diane W. Tomcyzk                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John               Page 1 of 1            Date Rcvd: Feb 09, 2018
                              Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2018.
db             +Diane W. Tomcyzk,    214 Dove Court,   New Hope, PA 18938-1565

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 10 2018 01:35:51      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2018                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2018 at the address(es) listed below:
              JEFFREY C. MCCULLOUGH    on behalf of Debtor Diane W. Tomcyzk jeffmccullough@bondmccullough.com,
               mbehrlacher@bondmccullough.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DIANE W. TOMCZYK | : | |
| Debtor | : | BANKRUPTCY NO. 17-14967 elf |

### ORDER ALLOWING COMPENSATION TO DEBTOR'S COUNSEL

AND NOW, this 9th day of February, 2018, upon consideration of the Application for Compensation and Reimbursement of Expenses, it is hereby

**ORDERED** that said application is **GRANTED**, and it is

FURTHER **ORDERED** that Jeffrey C. McCullough, Esquire is hereby **ALLOWED** **$4097.50** as compensation for professional services rendered as counsel to Debtor in connection with performance of his representation which sum of **$2,000.00** has already been paid as a pre-petition retainer.

The balance of the fee of **$2097.50** is to be paid to the extent provided for by the terms of the Debtor's Confirmed Chapter 13 Plan.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**