IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Diane W. Tomcyzk<br>    Debtor(s) | CHAPTER 13 |
| Toyota Lease Trust<br>    Secured Creditor<br>vs.<br>Diane W. Tomcyzk<br>    Debtor(s) | NO. 17-14967 ELF |
| William C. Miller Esq.<br>    Trustee | 11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. Secured Creditor and Debtor entered into a Stipulation on March 13, 2018.

2. This Stipulation was filed with the Court and approved on April 2, 2018 as document number 41.

3. Secured Creditor and Debtor hereby agree that all lease payments have been made on the Vehicle, 2015 LEXUS RX350, VIN:2T2BK1BA4FC314744.

4. Secured Creditor and Debtor agree that the lease did mature on April 14, 2018, and the Vehicle has been returned to Secured Creditor.

5. Therefore, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2015 LEXUS RX350, VIN: 2T2BK1BA4FC314744 in a commercially reasonable manner.

6. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

7. The parties agree that a facsimile signature shall be considered an original signature.

Date: August 16, 2018            By: /s/ Rebecca A. Solarz, Esquire
                                 Attorney for Secured Creditor

Date: 8/20/2018                  _____
                                 Jeffrey C. McCullough Esq.
                                 Attorney for Debtor(s)

# ORDER

Approved and made an order of court.

Date: 8/23/18                    _____
                                 **ERIC L. FRANK**
                                 **U.S. BANKRUPTCY JUDGE**