```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                          Case No. 17-14967-elf
Diane W. Tomcyzk                                                Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: John              Page 1 of 1          Date Rcvd: Aug 23, 2018
                              Form ID: pdf900         Total Noticed: 9


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2018.
db             +Diane W. Tomcyzk,    214 Dove Court,    New Hope, PA 18938-1565
cr              WELLS FARGO BANK, N.A.,    MAC N9286-01Y,    1000 Blue Gentian Road,    Eagan, MN  55121-7700
13961611       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
13971064       +Toyota Lease Trust,    c/o MATTEO SAMUEL WEINER,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13964938       +Toyota Lease Trust,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,
                 710 Market Street, Suite 5000,    Philadelphia, PA 19106-2312
14009683        Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 24 2018 01:25:09     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 24 2018 01:24:56
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 24 2018 01:25:06     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13965216*      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2018 at the address(es) listed below:
          JEFFREY C. MCCULLOUGH    on behalf of Debtor Diane W. Tomcyzk jeffmccullough@bondmccullough.com,
           mbehrlacher@bondmccullough.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Diane W. Tomcyzk<br>Debtor(s)<br><br>Toyota Lease Trust<br>Secured Creditor<br>vs.<br>Diane W. Tomcyzk<br>Debtor(s)<br><br>William C. Miller Esq.<br>Trustee | CHAPTER 13<br><br>NO. 17-14967 ELF<br><br>11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. Secured Creditor and Debtor entered into a Stipulation on March 13, 2018.

2. This Stipulation was filed with the Court and approved on April 2, 2018 as document number 41.

3. Secured Creditor and Debtor hereby agree that all lease payments have been made on the Vehicle, 2015 LEXUS RX350, VIN:2T2BK1BA4FC314744.

4. Secured Creditor and Debtor agree that the lease did mature on April 14, 2018, and the Vehicle has been returned to Secured Creditor.

5. Therefore, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2015 LEXUS RX350, VIN: 2T2BK1BA4FC314744 in a commercially reasonable manner.

6. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

7. The parties agree that a facsimile signature shall be considered an original signature.

Date: August 16, 2018

By: /s/ Rebecca A. Solarz, Esquire
Attorney for Secured Creditor

Date: 8/20/2018

Jeffrey C. McCullough
Jeffrey C. McCullough Esq.
Attorney for Debtor(s)

## ORDER

Approved and made an order of court.

Date: 8/23/18

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**