# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Diane W. Tomcyzk | | CHAPTER 13 |
| | Debtor(s) | |
| Toyota Lease Trust | Movant | |
| vs. | | NO. 17-14967 ELF |
| Diane W. Tomcyzk | Debtor(s) | |
| William C. Miller Esq. | | 11 U.S.C. Section 362 |
| | Trustee | |

## ORDER

Upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, it is hereby

**ORDERED**, that the automatic stay under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) is **MODIFIED** as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2017 Lexus NX200T, VIN: JTJBARBZ7H2103757 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

**Order entered by default.**

Date: 4/9/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

Diane W. Tomcyzk
214 Dove Court
New Hope, PA 18938

Jeffrey C. McCullough, Esq.
16 N. Franklin Street (VIA ECF)
Suite 300
Doylestown, PA 18901

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532