United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                                       Case No. 17-14967-elf

Diane W. Tomcyzk                                                                       Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                            User: admin                                          Page 1 of 3

Date Rcvd: Aug 23, 2022                                Form ID: 138OBJ                                Total Noticed: 27

The following symbols are used throughout this certificate:

**Symbol        Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diane W. Tomcyzk, 214 Dove Court, New Hope, PA 18938-1565 |
| 13956209 | | Herbert and Jennifer Dougherty, 50 Lost lantern Lane, East Stroudsburg, PA 18301 |
| 14040082 | + | Jeffrey C. McCullough, Esquire, 16 North Franklin Street, Suite 300, Doylestown, PA 18901-3556 |
| 13964938 | + | Toyota Lease Trust, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 710 Market Street, Suite 5000, Philadelphia, PA 19106-2312 |
| 14480969 | + | Toyota Lease Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13971064 | + | Toyota Lease Trust, c/o MATTEO SAMUEL WEINER, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14005001 | + | Wells Fargo Bank, N.A., c/o THOMAS YOUNG HAE SONG, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd. Suite 1400, Philadelphia, PA 19103-1814 |
| 14563906 | + | Wells Fargo Bank, N.A., c/o Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 24 2022 00:00:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 23 2022 23:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13994711 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 24 2022 00:06:12 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13956203 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 24 2022 00:06:04 | Capital One Bank USA, N.A., P.O.Box 30281, Salt Lake City, UT 84130-0281 |
| 13956206 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 24 2022 00:06:14 | Citi Cards, Citibank, N.A., P.O.Box 790046, Saint Louis, MO 63179-0046 |
| 13956207 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 23 2022 23:59:00 | Comenity Capital Bank, Bankruptcy Department, P.O.Box 183043, Columbus, OH 43218-3043 |
| 14585980 | + | Email/Text: bkenotice@rushmorelm.com | Aug 23 2022 23:59:00 | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 13956205 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 24 2022 00:06:12 | Chase, P.O.Box 15298, Wilmington, DE 19850 |
| 13998751 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 24 2022 00:06:09 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13956210 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 23 2022 23:59:00 | PNC Bank, P.O.Box 3180, Pittsburgh, PA 15230-6177 |
| 14003624 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 23 2022 23:59:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 13994421 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

Case 17-14967-elf  Doc 70  Filed 08/25/22  Entered 08/26/22 00:31:10  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 23, 2022 | Form ID: 138OBJ | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 24 2022 00:06:04 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14000594 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Aug 23 2022 23:59:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13956211 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Aug 24 2022 00:06:13 | Synchrony Bank, Attn: Bankruptcy Dept., P.O.Box 965061, Orlando, FL 32896-5061 |
| 13961611 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |
| | | | Aug 23 2022 23:59:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14506021 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Aug 24 2022 00:06:13 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14009683 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Aug 24 2022 00:06:08 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13977788 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | | Aug 24 2022 00:06:09 | Wells Fargo Bank, N.A., as servicer, Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 13956213 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | | Aug 24 2022 00:06:09 | Wells Fargo Home Mortgage, P.O.Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13956204 | *+ | Capital One Bank USA, N.A., P.O.Box 30281, Salt Lake City, UT 84130-0281 |
| 13956208 | * | Comenity Capital Bank, Bankruptcy Department, P.O.Box 183043, Columbus, OH 43218-3043 |
| 13956212 | * | Synchrony Bank, Attn: Bankruptcy Dept., P.O.Box 965061, Orlando, FL 32896-5061 |
| 13965216 | *+ | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 25, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| EMMANUEL J. ARGENTIERI | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. bk@rgalegal.com |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Aug 23, 2022 | Form ID: 138OBJ | Total Noticed: 27

| | |
|---|---|
| JEFFREY C. MCCULLOUGH | on behalf of Debtor Diane W. Tomcyzk jeffmccullough@bondmccullough.com lchung@bondmccullough.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| THOMAS SONG | on behalf of Creditor Wells Fargo Bank N.A. tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Diane W. Tomcyzk

    Debtor(s)

Case No: 17−14967−elf

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/23/22

69 − 64
Form 138OBJ